**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| PAULA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06-CV-443 CAS |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT OF REMAND**

In accordance with the order of this date and incorporated herein, and the Report and Recommendation of United States Magistrate Judge dated May 30, 2006,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Commissioner's decision is **REVERSED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this  15th  day of June, 2006.